# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

_____ Division

DONNELLY, J.

BLOOM, M.J.

Dante Hodge
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Shahid Ashraf
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. CV20-109
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No



RECEIVED
JAN 02 2020
PRO SE OFFICE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dante Hodge
Address: 127 W 25St
City: Manhatan   State: NY   Zip Code: 10001
County:
Telephone Number:
E-Mail Address: HodgeDante446@GMAIL.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Shahid Ashraf
Job or Title (if known): NYPD OFFICER
Address: CONEY ISLAND STILLWELL AVE
City: Brooklyn   State: NY   Zip Code: 11224
County: KINGS
Telephone Number: 718-714-4400
E-Mail Address (if known):

[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   |City|State|Zip Code|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   |City|State|Zip Code|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   False Arrest

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Brooklyn Kings County, NY - 10/29/19 - 1:20 PM

B. What date and approximate time did the events giving rise to your claim(s) occur?

10/29/19 = 1:20 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was arrested for trespassing in a public train station the charges were DISMISSED

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking for Day To Day unlawful Imprisonment fee and Et cetera for pain and suffering

$150.000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/2/20

Signature of Plaintiff: Dante Hodge

Printed Name of Plaintiff: Dante Hodge

### B. For Attorneys

Date of signing: _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
                          _____
                          *City*    *State*    *Zip Code*
Telephone Number          _____
E-mail Address            _____

Certificate #: U-000016885-N                                                                                     Page 1 of 1



# KINGS CRIMINAL COURT
120 Schermerhorn St., Brooklyn, NY 11201
Phone: (646) 386-4500  Fax: (718) 643-7733

**NO FEE**
Non-Public
Version

| The People of the State of New York | Certificate of Disposition |
|---|---|
| vs. | Docket Number: CR-038964-19KN |
| Dante P. Hodge | |

Defendant DOB: **02/20/1991**          Arrest Date: **10/29/2019**          Arraignment Date: **10/30/2019**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Kings Criminal Court** concerning the above entitled matter and finds the following:

| Count | Arraignment Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 140.05 V Trespass | V | Dismissed (Order of Observation-Final (CPL 730.40 (2))) | 12/19/2019 |
| 2 | PL 165.15 03 AM Intent/Fraud Obt Trans W/O Pay | AM | Dismissed (Order of Observation-Final (CPL 730.40 (2))) | 12/19/2019 |

Dated: **December 26, 2019**                    _____
                                                  Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

Arraignment charges may not be the same as the original arrest charges.

Certificate #: U-000016880-N

Page 1 of 1



# KINGS CRIMINAL COURT
120 Schermerhorn St., Brooklyn, NY 11201
Phone: (646) 386-4500  Fax: (718) 643-7733

**NO FEE**
Non-Public Version

The People of the State of New York
vs.
**Dante P. Hodge**

**Certificate of Disposition**
Docket Number:    FG-300254-19KN

Defendant DOB: 02/20/1991

Arrest Date:

Arraignment Date:

THIS IS TO CERTIFY that the undersigned has examined the files of the **Kings Criminal Court** concerning the above entitled matter and finds the following:

Dated: December 26, 2019

Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL