```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

DANTE HODGE,

                    Plaintiff,              MEMORANDUM & ORDER
                                             20-CV-0109(EK)(LB)
          -against-

NYPD OFFICER SHAHID ASHRAF,

                    Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Judge Lois Bloom's Report and Recommendation (R&R) dated June 5, 2020.  ECF No. 12.  Judge Bloom recommends dismissing this case for failure to prosecute.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Gesualdi v. Mack Excavation & Trailer Serv., Inc.*, No. 09-CV-2502, 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010).  Having reviewed the record, the Court finds no clear error.  Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1).  Therefore, the complaint is dismissed without prejudice for failure to

1

prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

/s Eric Komitee_____
ERIC KOMITEE
United States District Judge

Dated:   October 13, 2020
        Brooklyn, New York